IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-02293-CMA-BNB

DONNA SNELLER,

Plaintiff,

v.

BRUCE GRAHAM,
WAYNE JEFFERY KNIGHT,
LUKE BODDY,
MITCH PERREYNI,
STEVEN PAIGE,
DIANA TAPIA,
MEGAN NYLANDER, and
Defendants 1-25 to be named as discovered,

Defendants.
_____

**ORDER**
_____

This matter arises on a paper filed by the plaintiff (the "Paper") entitled **Suitor's One Supreme Court Superior Supreme Article III Judicial Power of the United States Final Jurisdiction Both as to Law and Fact in All Cases Supreme Court of Record** [Doc. #12]. The Paper is STRICKEN.

The Paper is largely incomprehensible. However, the Paper states "rejection of minute order" and orders me, within three days, to show proof of my authority. The plaintiff may not "reject" a court order, nor can she issue an "order" to a judicial officer.

In addition, the plaintiff does not certify that she served copies of the Paper on counsel for the defendants. Copies of papers filed in this court are to be served on counsel for all other parties (or directly on any party acting *pro se*) in compliance with Fed. R. Civ. P. 5. Rule 5

provides that all pleadings filed after the original complaint and all written motions, notices, demands, or any similar paper must be served on every party.  Fed. R. Civ. P. 5(a).  "If a party is represented by an attorney, service under this rule must be made on the attorney . . . ."  Fed. R. Civ. P. 5(b).  Service upon other parties may be by mail.  Id.  Proof that service has been made is provided by a certificate of service.  Id. at 5(d).  This certificate should be filed along with the original papers and should show the day and manner of service.  Id.

The Federal Rules of Civil Procedure allow the court, on its own initiative at any time, to strike any immaterial or impertinent matter.  Fed.R.Civ.P. 12(f).  Further, a verbose, redundant, ungrammatical, or unintelligible motion may be stricken, and its filing may be grounds for imposing sanctions.  D.C.COLO.LR 7.1 H.

IT IS ORDERED that:

(1)   The Paper is DENIED, insofar as it may seek some form of relief;

(2)   The Paper is STRICKEN because it contains unintelligible, immaterial, and impertinent statements;

(3)   The plaintiff shall cease filing papers containing  unintelligible, immaterial, and impertinent statements;

(4)   In the future, all papers shall be served on counsel for the defendants in accordance with Rule 5; and

(5)   Failure to comply with this order may result in sanctions, including dismissal of this case.

Dated November 10, 2010.

                                  BY THE COURT:

                                  /s/ Boyd N. Boland
                                  United States Magistrate Judge