IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-02293-CMA-BNB

DONNA SNELLER,

Plaintiff,

v.

BRUCE GRAHAM,
WAYNE JEFFERY KNIGHT,
LUKE BODDY,
MITCH PERREYNI,
STEVEN PAIGE,
DIANA TAPIA,
MEGAN NYLANDER, and
Defendants 1-25 to be named as discovered,

Defendants.
_____

**ORDER TO SHOW CAUSE**
_____

This matter arises on a paper filed by the plaintiff (the "Paper") entitled **Suitor's One Supreme Court Supreme Article III Judicial Power of the United States Final Jurisdiction Both as to Law and Fact; Supreme Court of Record** [Doc. #17].

On November 9, 2010, the plaintiff filed a paper [Doc. #12] that was generally incomprehensible; contained immaterial and impertinent statements; did not contain a certification of service on the defendants; and purported to issue an order to a judicial officer. On November 10, 2010, I issued an order [Doc. #14] striking the paper and informing the plaintiff that she cannot issue an order to a judicial officer. In addition, I ordered the plaintiff to cease filing papers containing unintelligible, immaterial, and impertinent statements, and I ordered her to serve all future papers on the defendants in accordance with Rule 5 of the Federal

Rules of Civil Procedure.  I warned the plaintiff that failure to comply with my order could result in sanctions, including dismissal of this case.

Despite my order, the plaintiff has filed the instant Paper which is filled with immaterial and impertinent statements.  The following paragraph is exemplary of the eight single-spaced typewritten pages:

> I came to the United States District Court, as one of the People of the United States and as such I hold all the judicial Powers not granted to government as the 1787 Constitution states in Article III section I.  Our constitution by the meaning of the very word is an organic law, the supreme law of the land, and I as one of the sovereign People of the United States, but not a citizen of the United States of America, but of the People of the United States currently living on the Organic Land of Colorado (not the STATE OF COLORADO), hold the supreme judicial Power to enact and enforce the laws of the land of my one supreme Court, made pursuant to the Constitution, to direct the courts created by Congress of the United States of America, to do the job appointed to the commissioned officers of the United States of America, correctly.

*Paper*, p. 3.

In addition, the plaintiff "orders" and "commands" a district judge to (1) "enjoin the process of fulfilling [her] Writ of Mandamus"; (2) "order the District Court Clerk to correct the Docketed Response of my Preemptory Writ of Mandamus and carry in to effect all commands of such, as ordered"; and (3) "without delay (within 10 days) from the receipt of this Writ of Error Coram Vobis, to accomplish [her] ministerial duty to [the plaintiff]."  *Paper*, pp. 3, 8.

Finally, the plaintiff does not certify that she served the Paper on counsel for the defendants in compliance with Rule 5 of the Federal Rules of Civil Procedure.

Local Rule of Practice 41.1, D.C.COLO.LCivR., provides:

> A judicial officer may issue an order to show cause why a case should not be dismissed for lack of prosecution or for failure to comply with these rules, the Federal Rules of Civil Procedure, or any court order.  If good cause is not shown within the time set in the show cause order, a district judge or a magistrate judge exercising consent jurisdiction may enter an order of dismissal with or without prejudice.

Accordingly,

IT IS ORDERED:

(1) The Paper is DENIED insofar as it seeks any form of relief;

(2) The Paper is STRICKEN because it contains unintelligible, immaterial, and impertinent statements;

(3) The plaintiff shall show cause, if any there be, in writing and on or before **December 29, 2010**, why this case should not be dismissed pursuant to D.C.COLO.LCivR 41.1 for failure to follow the Federal Rules of Civil Procedure and failure to follow orders of this court; and

(4) Failure to show cause on or before December 29, 2010, will result in my recommendation that this action be dismissed for failure to follow the Federal Rules of Civil Procedure and for failure to follow orders of this court.

Dated December 17, 2010.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge