IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 10-cv-02293-CMA-BNB

DONNA SNELLER,

    Plaintiff,

v.

BRUCE GRAHAM,
WAYNE JEFFERY KNIGHT,
LUKE BODDY,
MITCH PERRENYI,
STEVEN PAIGE,
DISNS TAPIA,
MEGAN NYLANDER, and
DEFENDANTS 1-25, to be named as discovered,

    Defendants.

**ORDER ADOPTING AND AFFIRMING JANUARY 4, 2011 RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

This matter is before the Court on the Complaint (Doc. # 1) in this matter, filed September 20, 2010. This case was referred to Magistrate Judge Boyd N. Boland to conduct all proceedings pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Fed. R. Civ. P. 72(a) and (b), by Order of Reference dated September 23, 2010 (Doc. # 2). Magistrate Judge Boland issued a Recommendation on January 4, 2011 that this action be dismissed pursuant to D.C.COLO.LCivR 41.1 for failure to follow the Federal Rules of Civil Procedure and failure to follow orders of the court. (Recommendation at 4.)

The Recommendation is incorporated herein by reference.  *See* 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).

The Recommendation advised the parties that specific written objections were due within 14 days after being served with a copy of the Recommendation. (Recommendation at 4.)  Despite this advisement, no comprehensible objections to the Magistrate Judge's Recommendation were filed by either party.

> "In the absence of timely objection, the district court may review a magistrate . . . [judge's] report under any standard it deems appropriate."  *Summers v. Utah,* 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn,* 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings").

Applying this standard, I am satisfied that the Recommendation of Magistrate Judge Boland is sound and that there is no clear error on the face of the record.  *See* Fed. R. Civ. P. 72(a).  I agree that the above-referenced action should be dismissed for failure to follow the Federal Rules of Civil Procedure and failure to follow orders of the court.  Accordingly, it is hereby

ORDERED that the Recommendation of United States Magistrate Judge Boyd N. Boland (Doc. # 21), filed January 4, 2011, is AFFIRMED and ADOPTED.

In accordance therewith, it is

FURTHER ORDERED that this action is DISMISSED pursuant to D.C.COLO.LCivR 41.1.

DATED: February __04__, 2011

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge