FILED
United States Court of Appeals
Tenth Circuit

August 14, 2012

Elisabeth A. Shumaker
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

---

In re:  DONNA GLYN. SNELLER,

      Petitioner.

No. 12-1247
(D.C. No. 1:10-CV-02293-CMA-BNB)

---

**ORDER**

---

The captioned petition is dismissed for lack of prosecution pursuant to 10th Cir. R. 42.1.


Entered for the Court

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk