FILED  
United States Court of Appeals  
Tenth Circuit

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

August 14, 2012

Elisabeth A. Shumaker  
Clerk of Court

In re: DONNA GLYN. SNELLER,

Petitioner.

No. 12-1247  
(D.C. No. 1:10-CV-02293-CMA-BNB)

**ORDER**

The captioned petition is dismissed for lack of prosecution pursuant to 10th Cir. R. 42.1.

Entered for the Court

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk