**FILED**
**United States Court of Appeals**
**Tenth Circuit**

## UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

**October 5, 2012**

**Elisabeth A. Shumaker**
**Clerk of Court**

_____

In re: DONNA G. SNELLER,

Petitioner.

No. 12-1309
(D.C. No. 1:10-CV-02293-CMA-BNB)

_____

## ORDER
_____

The captioned appeal is dismissed for lack of prosecution pursuant to 10th Cir. R. 42.1 and 3.3(B).

Entered for the Court

ELISABETH A. SHUMAKER, Clerk

**UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT
OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | October 05, 2012 | Douglas E. Cressler<br>Chief Deputy Clerk |

Donna G. Sneller
P.O. Box 454
Walsenburg, CO 81089

**RE:**   **12-1309, In re: Sneller**
Dist/Ag docket: 1:10-CV-02293-CMA-BNB

Dear Appellant:

Enclosed is a copy the court's final order issued today in this matter.

Please contact this office if you have questions.

Sincerely,

*Elisabeth A. Shumaker*

Elisabeth A. Shumaker
Clerk of the Court

EAS/sds