FILED  
United States Court of Appeals  
Tenth Circuit  

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

October 5, 2012

Elisabeth A. Shumaker  
Clerk of Court

_____

In re: DONNA G. SNELLER,

    Petitioner.

No. 12-1309  
(D.C. No. 1:10-CV-02293-CMA-BNB)

_____

### ORDER

_____

The captioned appeal is dismissed for lack of prosecution pursuant to 10th Cir. R. 42.1 and 3.3(B).

Entered for the Court

ELISABETH A. SHUMAKER, Clerk

**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | October 05, 2012 | Douglas E. Cressler<br>Chief Deputy Clerk |

Donna G. Sneller
P.O. Box 454
Walsenburg, CO 81089

**RE:**   12-1309, In re: Sneller
         Dist/Ag docket: 1:10-CV-02293-CMA-BNB

Dear Appellant:

Enclosed is a copy the court's final order issued today in this matter.

Please contact this office if you have questions.

                                    Sincerely,

                                    Elisabeth A. Shumaker
                                    Clerk of the Court

EAS/sds